THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM
A. YOUELL, Appellant, against WILLIAM HUNT, as
Warden of Attica State Prison, Respondent.

Submitted April 9, 1940; decided April 23, 1940.

*William A. Youell,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (James A. Noonan* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.